

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEREMY JOSEPH,<br><br>Defendant. | **SEALED INDICTMENT**<br><br>23 Cr.<br><br>23 CRIM 068 |

### COUNT ONE
### (Threatening Physical Harm by Interstate Communication)

The Grand Jury charges:

1. From in or about December 2022 through at least in or about January 2023, in the Southern District of New York and elsewhere, JEREMY JOSEPH, the defendant, knowingly and intentionally did transmit in interstate and foreign commerce communications containing threats to injure the person of another, to wit, JOSEPH sent electronic communications to an individual ("Victim-1") in New York, New York threatening physical harm to Victim-1.

(Title 18, United States Code, Section 875(c).)

## COUNT TWO
**(Threatening Physical Harm by Interstate Communication)**

The Grand Jury further charges:

2.  From in or about December 2022 through at least in or about January 2023, in the Southern District of New York and elsewhere, JEREMY JOSEPH, the defendant, knowingly and intentionally did transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, to wit, JOSEPH sent electronic communications to an individual ("Victim-2") in New York, New York threatening physical harm to Victim-2.

(Title 18, United States Code, Section 875(c).)

_____
FOREPERSON
2/4/23

_____
DAMIAN WILLIAMS
United States Attorney