

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 5, 2023

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   *United States v. Jeremy Joseph*, 23 Cr. 068 (JPO)

Dear Judge Oetken:

    The Government respectfully writes to advise the Court regarding the status of the above-captioned two-count Indictment, which was unsealed on May 31, 2023. The Indictment charges the defendant, Jeremy Joseph, with two counts of threatening physical harm by interstate communication, in violation of 18 U.S.C. § 875(c). The defendant is also facing criminal charges for separate violations of 18 U.S.C. § 875(c) in the Southern District of Texas, *see United States v. Jeremy James Joseph*, 23-cr-104 (S.D. Tex). The defendant is currently detained in Canada and has waived extradition. Accordingly, the defendant is being conveyed to the United States and is expected to arrive within a few weeks.

    The Government will inform the Court upon the defendant's arrival in the Southern District of New York.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By: _____
    Jamie Bagliebter
    Assistant United States Attorneys
    (212) 637-2236