UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEREMY JOSEPH,<br><br>    *Defendant.* | **Laptop Order**<br><br>23 Cr. 068 (JPO) |

WHEREAS on June 28, 2023, the Court found that the defendant knowingly, voluntarily, and unequivocally waived his right to counsel and would be permitted to proceed in this matter *pro se*, with the Federal Defenders of New York as standby counsel;

WHEREAS the defendant indicated the need to access discovery and all Court orders and filings made by the government while he remains incarcerated at the Metropolitan Detention Center, Brooklyn ("MDC");

IT IS HEREBY ORDERED that:

1. The defendant is to have access to an "air-gapped" laptop computer (the "Laptop") that is disabled from accessing the internet, local area networks, and other electronic devices and is otherwise compatible with MDC security requirements.

2. By August 25, 2023, the government will provide the Laptop to the MDC, which will be loaded with all the discovery previously produced in this matter.

3. The MDC will endeavor to provide the defendant with daily access to the Laptop so that he may review discovery and prepare for his upcoming trial.

4. Going forward, the Government is directed to provide discovery on hard drives to the MDC, which will endeavor to provide the hard drives to the defendant weekly, until four weeks before trial, when the MDC will endeavor to provide the hard drives within

a day of their arrival. The defendant will be permitted to connect the hard drives to the Laptop.

5. The defendant shall execute an agreement setting forth his understanding that (a) he may use the Laptop for the sole purpose of reviewing discovery and legal materials that relate to his criminal case; (b) he shall not share the Laptop with other inmates or with any attorney not appointed to this case without an order of this Court; (c) he will not access or attempt to access the internet or any form of wireless communication; (d) he will forfeit his right under this Order to use the Laptop, and he may expose himself to criminal prosecution for possessing or distributing a "prohibited object" as that term is defined in 18 U.S.C. § 1791(d) in the future, should he violate any of these understandings.

6. This Order shall remain in effect until the trial in this matter is completed, and a copy of this Order shall be made available to any unit at MDC where the defendant is housed.

SO ORDERED:

Dated: New York, New York
       August 11, 2023

_____
J. PAUL OETKEN
United States District Judge