UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEREMY JOSEPH,<br><br>                *Defendant.* | **Order**<br><br>**23 Cr. 068 (JPO)** |

J. PAUL OETKEN, District Judge:

      It is hereby ORDERED that by August 18, 2023, the Metropolitan Detention Center ("MDC") shall ensure that defendant Jeremy Joseph (Register No. 10547-506) receives access to a toxicologist for a toxicology screen and toxicology assessment.

Dated: New York, New York
          Aug. 11  , 2023

                                                        J. PAUL OETKEN
                                                United States District Judge