**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 6, 2023

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    **United States v. Jeremy Joseph**
                **23 Cr. 068 (JPO)**

Dear Judge Oetken:

    I write as standby counsel for Jeremy Joseph in the above-captioned matter to file the enclosed opposition to DCVC's motion to quash, as written by Mr. Joseph.

    Thank you for your consideration of this matter.

                                        Respectfully submitted,

                                                              /s/

                                                      Marne L. Lenox, Esq.

                                                     *Standby counsel for Jeremy Joseph*

cc:    Jamie Bagliebter, Assistant U.S. Attorney
         Benjamin Wagner, Counsel for DCVC

23 Cr 068

Response to DCVC's Motion to Quash Subpoena Duces Tecum

Written: 10/13/2023

Federal Rules of Criminal Procedure 17.2 or 17(c)(2) on motion made promptly, the court may quash or modify a subpoena duces tecum if compliance would be unreasonable or oppressive. The request party (DCVC) must demonstrate four elements, *United States vs. Caro*, 597 F.3d 608, 619 (4th Cir. 2010).

1) The party must demonstrate the requested documents are relevant. Defendant Jeremy James Joseph requests from DCVC a) HR Records for Jeremy Joseph (himself), Anna Fokina (coworker), John Hamer (Jeremy's former boss), Matt Ocko (Jeremy's former boss), Kiersten Stead (Jeremy's former boss), and Zach Bogue (Jeremy's former boss). Additional docs include DCVC's Zero Tolerance Harassment Policy and DCVC's Pledge to Diversity (signed by Jeremy's former bosses). Defendant believes these documents speak to defendant's character as well as provide key evidence that is critical to defendant's defense. Note that Jeremy and his mother, Stella Lucille Joseph, both became ill and criminal bad acts occurred to them both while Jeremy was an employee at DCVC and while both were proceeding with discrimination, retaliation, and harassment claims against DCVC.

In fact, the week after Stella Lucille Joseph brought defendant to California's DFEH office, she became ill only days later and rushed to the emergency room for internal bleeding in Houston, Texas. Weeks after that, a fire would occur in the defendant's home rendering him homeless. DCVC knowing that Jeremy was on medical leave and his mother was in the hospital, would then have Jeremy "resign" week after Jeremy's mother was diagnosed with uterine cancer. The HR Records and supporting documents are not oppressive or unreasonable, as they would provide the last official employment of defendant, a record of DCVC's actions in support or retaliation against the Josephs, and should be done as a normal course of business as HR records from defendant's previous employer Morgan Stanley were supplied upon weeks of being served a subpoena. Additionally, key witnesses may be called to testified who know of the ill-treatment by DCVC and how they may have a connection to the charges to the current case in NYC. These people are: Julie Grant (Canaan Partners), Ross Leimberg, Macromoltek Founder Team, Dino Goosens-Larsen. Boryana Straubel, a former Stanford GSB classmate and recently deceased, was aiding the defendant in his discrimination claims against DCVC before she unfortunately passed.

2) Second, the party must show that the documents are not otherwise obtainable in advance of trial through the exercise of due diligence. These records and documents are in DCVC's possession and are not public records.

3) Third, the production and inspection of the documents must be necessary in preparation for trial. The government's discovery includes references to DCVC and the defendants time period there. Defendants first criminal charge was while he was an employee at DCVC and defendant needs these documents to prepare for his defense. Evidence shows emails regarding DCVC and employees. Also defendant filled out a FBI intake (San Francisco) form flagging hacking activity

2

and illegal practices that he thought one of the prime suspects was Kiersten Stead (DCVC). Kiersten Stead prior to the defendant falling ill told him, "Be prepared to be alone for a long time" and "There's enough of you and your kind in venture capital, and not enough of me." Kiersten Stead's comments also included derogatory remarks against gays ("Too many Peter Thiel's in venture capital), blacks (use of the "N" word), Jewish people (references to stinginess), Asians and Arabs ("bad money), and more. She will be called to take the stand to share more of her colorful commentary and asked about her connection related to criminal charges against the defendant.

4) Fourth, the request for a subpoena and request is made in good faith. Defendant Jeremy Joseph makes his request in good faith as he did with Morgan Stanley, and that request was done without any conflict or delay.

Finally HR records are of former bosses who have much to gain by sabotaging my efforts to recover. Each time the defendant aimed to exercise his legal rights to file claims against DCVC, he was met with setbacks including sickness, mother's death, and criminal charges. In fact, the defendant was scheduled to do a virtual intake with the DFEH against DCVC, and emails (including the ones in question) sabotaged those latest efforts.

Reference: Federal Rules of Evidence (Rule 406); Habit, Routine Practice. Evidence of a person's habit or an organization's routine practice may be admitted to prove that on a particular occasion the person or organization acted in accordance with the habit or routine practice. (Rule 405); Methods of proving character by reputation or opinion. By specific instances of conduct, *Michelson v. United States*, 335 U.S. 969, 69 S. Ct. 213, 93 L. Ed 168 (1998). An accused may introduce pertinent evidence of good character in which the prosecution may rebut with evidence of bad character. *See*, 9th Circuit 2021; U.S. Dist. LEXIS 114505 *Hadley v. City of Anaheim*, Michelle Suzanne Hadley, McLetchie Law, Santa Ana, CA. April 2021. CV 18-01831-DOC-KES. She spent 88 days in jail for false emails. Retaliation by her ex-fiancé.

See Attached Exhibit (Approx. 7 days): Theory: Organized Crime ...

JJJ

Signed Jeremy James Joseph /s/

Date: 10/13/2023

# EXHIBIT A

USA vs Jeremy Joseph

Case No: 4:23-cr-104
23cr 068

PAGE #1
TOTAL: 8 PAGES

Theory:
Organized Crime:
White Supremacists + Probate Fraud
+ Identity Theft/Fraud + Premeditated Murder

Organized Crime
White Supremacists!

Monks Law ← → (Ireland, KKK references on facebook, blackface on facebook)

**Houston, Texas**

**|2018|** James Horwitz becomes a judge in probate court. He is criminal partners w/ Fred Dahn + Monks Law.

Monks Law: criminal defense attorney for cousins William David Joseph and tried to probate Jeremy's mom fake will into Horwitz court. Case is on appeal. Motions filed never heard. Criminal partners include: Matt Hersh, Martina Cartwright, Stacey Ajaja, Wilhelmena Bell-Randle, Dahn, etc.

Horwitz + Monks explore how to defraud. Monks + W. Joseph target Stella + Jeremy Joseph. S+J Joseph had not seen William Joseph in 15 years. Now Mena Bell. Mena Bell + Stacey Ajaja - confession filed in probate court. Cause No. 491773.

Probate court sued by Sherry Johnston.

**|2018|** Horwitz Public Corruption complaint + demand letter filed.

**|2019|** Mom visits Jeremy in California for graduation. She is noticeably weaker + less mobile. From her phone contact list, Jeremy notices Wilhelmena's name in cell record. Jeremy is concerned as this woman has been toxic and involved in criminal matters plus mom had not spoken to her in 15 years. They agree to discuss later. Jeremy visits Mom in Houston for summer after graduation. Her condition okay. Thanksgiving weird - dementia strong.

**Bay Area, California**

Kiersten Stead + husband (Rhodesia, Macromolten, racial slurs @ work) Ireland. Not American. always Macromolten (Texas)

In 2020, Jeremy took disability leave from firm and Kiersten admitted to discrimination + harassment. "Too many of you in VC and not enough me." + "Get ready to be alone for a long time." Similar abuse to Macromolten. See Jeremy's LinkedIn.

**|2018|** Jeremy joins Stanford GSB exec MBA program. Interviews for multiple places. Someone reached out to Jeremy to interview for DCVC (firm that has Kiersten). Jeremy selects DCVC - diversity initiative + SF office. Spends Christmas w/ mom, Mexico City + Hawaii w/ Stanford GSB classmates for NYE.

**|2019|** Jan 2019, on way to JPMorgan conference car hydroplaner off highway. Car decimated. Minor injuries. Car wheels locked up. New tires keep blowing out before this happened. Jeremy works @ DCVC. Workload starts manageable then gets worse and goes past contract. Jeremy flags concerns of Kiersten to Stanford GSB + Julie Grant @ Canaan.

USA vs.
Jeremy Joseph
PAGE #2

Case No: 4:23-cr-104
23cr068

**Theory:**
Organized Crime:
White Supremacists + Probate Fraud
Identity Theft/Fraud + Premeditated Murder

## Houston, Texas

**[2019]** Jeremy visits mom for Thanksgiving/~~Christmas~~. She seems off. Not able to get a firm answer from her on what is going on. Dave is badgering Jeremy on a deliverable that has no urgent deadline. Not sure why Kiersten is bothering Jeremy on Thanksgiving holidays in Houston about something that is not urgent (investment memo for a close deal that is only for internal purposes — plus previous deals done by her have unfinished memos.)

Stacey Ajayi + Wayne Newsom + Morris Law + Mervin Bell: Medicare Fraud Investigation (DOJ)

**[2020]** Mom gets word Jeremy not feeling well. They talk on phone about discrimination, racial abuse, etc. She aims to get Jeremy to come to Houston. He tries. His physical condition is bad. He is on medical leave in SF.

Mom starts to hear Jeremy is being "hacked". Mother has malware on Samsung phone. Stanford alum on upwork project (2021) confirms malware on Stanford GSB Google Drive and on Macbook computer. Someone files false tax returns for Jeremy Joseph.

$115K refund

## Bay Area, CA

**[2019]** Dave offers full time job offer w/ perks and accelerated promotion, mentorship, etc. Jeremy worked so hard he can't interview elsewhere. Once job starts dynamics change drastically — needs never work w/ Kiersten — don't want to work w/ her and no choice. Racial slurs + excessive demands start. Jeremy has no time for friends, therapist, crossfit. Complains to Boryana Straubel, Stanford classmate who agrees to help. Boryana in 2020/2021 is killed in bike/car accident. Allison Rouse agreed to help and his mother dies and Jeremy never hears follow-up. Jeremy confronts Kiersten on discrimination + harassment. She tries to deny but affirms/confirms. Jeremy spent time in South Africa — and had concerns about Kiersten's language and white supremacy racial slurs.

**[2020]** JPMorgan conference. Kiersten continues abuse. Kiersten tells Jeremy "Be prepared to be alone for a long time."

Theory:
Organized Crime:
White Supremacists + Probate Fraud + Identity Theft/Fraud + Premeditated Murder

### Houston, TX

[2020] Mom is in touch w/ Jeremy and hears he is hacked. One of Jeremy's phone numbers 713-899-8695 and primary email jjoseph082@gmail.com (has had for 20 years) are hacked and inaccessible. The hacks activity decline. Jeremy calls Stella from UC Berkeley campus — and she agrees to see him ASAP. Stella is aware that Jeremy is afraid of Deve. Kingston white supremacist with connections to hackers are afraid of a lawsuit. Mom helps Jeremy file DFEH claim. Kingston & John fired from Monsanto for unethical behaviors. Burrill firm also under DOJ for illegal activity. Mom decides to visit Jeremy in SF. Her health is deteriorating. Her final day in Jeremy's apt in SF she falls ill. Diarrhea all night. She goes to ER later in Houston.

### Bay Area, California

[2020] Jeremy on medical leave. Sends paperwork to Deve. Doctor confirms. Deve continues to not be helpful. Jeremy sends preliminary paperwork to Deve flagging discrimination + harassment. He is told by John Hanna that if he continues this — there will be less black people in VC. Jeremy falls into drug addiction — previously saw therapist who said his use was not addictive but recreational, but while @ Deve it becomes abusive. Jeremy also has accounts & computer "hacked". He brings devices to FBI Oakland + SFPD but is told there is no cybercrime division. Floor above Jeremy's apt has constant noise @ night. Jeremy goes to apt to ask to be quiet — and they apt has no furniture. Just a group of 5-7 people walking around living room with laptops. Unable to get more info. No doorman. No superintendent. Mail goes missing. Wells Fargo debit card has fraudulent charges. Medication in apt goes missing. Apt lock malfunctions (electronic)

OO USA
vs.
Jeremy Joseph
PAGE #4

Case No: 4:23-Cr-104
23 Cr 068

Theory:
organized Crime
White Supremacists + Probate Fraud
Identity Theft + Premeditated Murder

Houston, TX
↓
[2020]

- COVID-19 begins
- Shops & services begin to close...

Mom returns to Houston. Close to ER. Blood in her stool. Anemic. Jeremy rushes to Houston. IN hospital for 2 weeks. Dogs in doggie daycare. House is deteriorating. Jeremy agrees to return. Goal is to close up apt and get belongings for mom.

Jeremy returns to Houston. Doctors can't confirm her (Mom's) health problems. Bronchitis + internal bleeding + anemia.

Bay Area, California
↓
[2020] Numerous issues in Apartment. Jeremy files police report for id theft. Complaints with management regarding security. Tells Stanford he is being hacked and suspects DCVC involvement. Steve never approves disability leave, both will California state and personal.

Mom visits Jeremy in SF then falls ill. Jeremy leaves SF to go to hospital. Only person who visits is Miss Jacobs.

Jeremy falls ill upon return to apartment. When mother was in apartment — no hacking. Now it returns. Fire occurs and Jeremy is charged w/ arson. Review of events is w/ forensic psychiatrist. Sent to SF DA. 1st criminal offense. offered pretrial diversion + PR bond. Jeremy's wallet etc are in the apt. With Covid-19, he is homeless. Mom tells Jeremy to come to Houston. He goes to Houston.

USA
vs
Jeremy Joseph

PAGE #5

PAGE 5/8

CASE NO:
4:23-CR-104
23 Cr 068

Theory: Organized Crime
White Supremacists + Probate Fraud
ID Theft / Fraud + premeditated Murder

2020: Houston, Texas

[2020] - May

Jeremy becomes mothers primary caregiver. Her health gets worse for no apparent reason. Jeremy forces her to stop working and to the ER again. The pets back in doggie daycare. Jeremy calls public defender in SF and continues to call for pretrial diversion (always goes to voicemail). COVID19 closes businesses. Help for both mom & self is hard with travel bans + store closings. House is in disarray. Jeremy applies to luxury condo near medical center. Aims to transfer mom to MD Anderson. William Joseph + Mena enter (never saw in hospital or spoke to). They enter home. Valuables go missing. Money (cash) disappears. Moms items go too. Jeremy stops by Houston PD to check if he has warrant - he does not. One week later - his 8th time on his alma mater Rice University - white officer charges him w/ trespassing. Warrant is found. 3rd location later. 4th search later. 2 hours later - they find Cocaine. Arresting officer lied when he said he couldn't find Jeremys name in database. Mom had emailed Alumni office for help. Matt Horak court appointed. Tried to Five. Refused to help w/ bail. Kept Jeremy in jail for 4 months. Mom poisoned and killed during period (ER/chemo/no doc) by Mena/cousins. New will written by Mena/William/Monks/Nevaeh. Money in all accounts drawn out.
Cousins have +20yr criminal + financial ruin history. Jail. Tells Jeremy
Jeremy released from jail. Cousins are in house. 1st about mom's life
Cousins hits Jeremy and leaves Jeremy alone w/ mom. insurance policy.
No nurse. House bad. Mom soiled in feces. 280 lbs. Hair out. Death.
                                                                No meds.

1 cousin is in

USA
vs.
Jeremy Joseph
PAGE #6

Theory: Organized Crime
White Supremacists + Probate Fraud
+ Premeditated Murder

4:23-cv-104-
23 CR068

2020: Houston, Texas

**2020 / NOVEMBER**

2nd cousin returns next day. Pushes Jeremy. Mom gets Jeremy $2K to get things in order. Phone lines are cut. Mom looks like she is about to die. No car. Cousin refuses to call 911 or bring Mom to ER. Jeremy begs. Cousin refuses. Altercation. Cousin records Jeremy. Then holds a gun to kill Jeremy. Jeremy deposited $25K into joint account w/ mom. All gone. accounts closed. Held together for 115 years. Jeremy flees (warrant + threat of death). Files police report later. Spends 2 weeks in domestic violence shelter. ATF. Valdesha De Jean. Betty helps Kirsten Jackson. Mom is sent to ER a week later from a stroke. Dies 1.5 months later. All in CAUSE NO 491773. Harris County Probate.

**2021**

- Mom dies Jan 3, 2021.
- Jeremy unable to get into home. Discovers Medicare fraud (hospice), Stacey Ajaya fake will (James Horwitz), opened credit cards in both names. Cousin in July 2020 cashes out Jeremys car insurance and told them Mom was going to die. Not true. Not a terminal cancer. Given chemo a month left. Connection from Monks to Kirsten + Husband? Ireland white supremacists. Both go to Ireland quite a bit.
- Jeremy discovers after he files a police report against cousins they had filed one against him months ago. Boyar Miller probate firm recommends Fred Dahr. Jeremy realizes after $60,000 spent on lawyers they are working together. Can never get police videos of crimes.
- Jeremy hires lawyers Preston + Summit Defense for warrant in California + to get cocaine plea bargain appealed overturned. They never help.

USA vs Jeremy Joseph
PAGE #7

Theory:
Organized Crime
White Supremacists + Probate Fraud
ID Theft/Fraud + Premeditated Murder

2021
Houston, TX

[2021]
→ Jeremy files police reports, IRS fraud affidavits, FTC, Medicare fraud w/ Kelsey Seybold

→ Jeremy discovers fake will. Lawyers colluding. James Horwitz + Clarinda Comstock in court 4. Lawyers: Dahn, Cartwright, Hector Garza (DA) his mom is clerk in my criminal court and his aunt notarized my mom's fake will docs and works for Revoc + Marks + w/ Mena @ Houston Methodist. Stacey Ajaja has advised mom on hospice care. Jeremy has copy of wills and important docs but Roger Miller + judge ignores. [Highlight]

*Jeremy goes to rehab!

[2022:] Jeremy fires lawyers. Pro SE. Lisa Pyle advises on criminal. Stanford alum on upward notices devices and shared drives has signs of malware. Mark Nungen advises on probate.

Jeremy files consumer complaint w/ Harris County DA against lawyers.
Files public corruption complaint against James Horwitz, sent demand letters to Horwitz.

→ Sherry Johnston - another victim. Texas.
→ 1 year sober in Sept 2022. Tries to do intake w/ FBI. Appeal his summary judgement
   Tells mom to talk to a lawyer.
→ Mom's law firm tries to probate fake will. Also represent William M
   ID theft continues. William has a felony indictment of theft > $15K. from Sept 2021. Communications w/ him in Cause 491773. He objects to interrogatories I send to him via Christensen. I tell courts I think mom killed.

gg

USA vs
Twenty
Joseph
PAGE #8

Case No. 4-23-CV-104
23cv68

Theory: Organized Crime
White Supremacists + Probate Fraud
ID Theft/Fraud + Premeditated Murder

## HIGHLIGHTS

### Houston, TX

**2022**
- Cousins assault charge + warrant conditions keep me in Houston. I try to get them relaxed to go back to SF but lawyers refuse to put in request.
- DCVC owes me backpay. They refuse to send check. They send check only when Christiansen files motion for sanctions in probate court. He is trying to get backpay. Christiansen also ignores requests including certified letter to stop the escalating ID Theft/Fraud.
  - Note: No one will allow me into home I shared w/ mom for 30 years. Original will in there. Theory: cousins go through (w/ lawyers) all paperwork, journals, medical records. Have evidence in storage unit.
  - We need James Hornitz emails. He refuses to provide transcripts, emails, video of proceedings, etc. He wouldn't help when I flagged ID Theft/murder (certified email/letters). Warrant for my arrest kicks in almost
  - Leave. James Hornitz files police charges when my California charge is almost dismissed.
- Start to get poisoned/can at least notice poisoning. Doc visits (AHF Dallas), ER visits at Memorial Hermann NW (Houston). Found malware on macbook.
- Go to D.C. to get help. Poisoned there. Fly from Boston > Reported ID Theft to Norton Lifelock policy.

### CANADA
2022 - Flee to Canada. Windsor. File refugee claim. Followed to Canada!
 - ER visit in Windsor. File police report. I see roommate lace clothes, bed, shoes and floor w/ solvent!
 - Send photos of injury to Sarah Soule @ Stanford. New will I send to Michael Devitt. If I die, Cousins would get everything. Now AHF does. Upon my death (untimely) this document can be made public and given to FBI/DOJ or incapacitated.
- Emails in Canada plus create new charges. I waive extradition

# Why I signed waiver of Extradition

- Mother was murdered and needed to see someone in the U.S. actually do something about. In the Canadian news, and I've still not heard word about where that investigation is.

- U.S. DoJ was interfering with my refugee application process. Immigration had confirmed by conversion from refugee claimant to refugee but upon the extradition proceedings and DoJ intervention - that status never converted. Officer Monique Desabrais verbally confirmed by "EOD you will be classified as a refugee." Never happened though and I suspected foul play. Asst. Attorney General K. Aird was unresponsive and unprofessional, and ultimately replaced due to incompetence. See transcripts and zoom recordings.

- Criminal proceedings regarding uttering threat were being compromised. I was ready for trial - and it appeared as if Chief Prosecutor and/or someone not directly involved w/ the case was trying to sabotage my efforts. See transcripts and zoom recordings. Canadian evidence can be exchanged through a legal attache acting as an intermediary. Expeditious. NOTE: original email with full images loaded + other critical discovery/disclosure was never actually provided despite multiple requests. The delay and then stay were just tactics to avoid embarrassment as my case had been in the news. Similar crimes happened in the region including an attack on the JM months later from after my arrest. No real investigation was done. Also to delay time. Crown was going to bring up a Prior Discreditable Conduct Application - and only got 2 people onboard - NTC?

- The charges are bogus from the U.S. especially the ones I was extradited on. It may be possible there is another investigation regarding my mothers murder and attempted murder on me. I had filed a police report in Windsor, Ontario and visited the ER after being poisoned w/ a corrosive acid solution. Sad but I wanted to show how lies and bogus charges can be used illegally - and how the US and Canada erred in its judgement to extradite me.

My life was still in danger in Canada. Refugee protection was not possible.