UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――

UNITED STATES OF AMERICA

-v-

JEREMY JOSEPH,
                     Defendant.

23 Cr. 68 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court has reviewed the letters regarding the Rule 17(c) subpoena served on the former employer of Victim-1, which sought "any and all human resources documents" pertaining to Victim-1 and had a return date of October 6, 2023.

It is clear that the subpoena was served in violation of Rule 17(c)(3). That Rule provides that a subpoena for "personal *or* confidential information about a victim may be served on a third party *only by court order*." Fed. R. Crim. P. 17(c)(3) (emphasis added). No court order was sought or obtained in connection with the subpoena. Standby counsel's arguments that the subpoena did not seek "personal or confidential information" are plainly meritless.

**Standby counsel and Mr. Joseph are hereby ordered to immediately return or destroy any and all copies of documents pertaining to Victim-1 obtained through the subpoena served on her former employer. They are further ordered to comply with Rule 17(c)(3) going forward.**

The Court defers further action at this time on other matters raised in the parties' letters.

SO ORDERED.

Dated: November 14, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge