UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 23 Cr. 068 (JPO) |
| JEREMY JOSEPH, | ORDER |
| *Defendant.* | |

J. PAUL OETKEN, United States District Judge:

Upon the application of the Defendant, JEREMY JOSEPH, it is hereby:

**ORDERED** that the Bureau of Prisons, Metropolitan Detention Center, shall permit Mr. Joseph to possess on a hard drive certain YouTube videos in preparation for trial.

**SO ORDERED.**

Date:  November 17, 2023
       New York, NY

_____
J. PAUL OETKEN
United States District Judge