UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEREMY JOSEPH,<br><br>*Defendant.* | 23 Cr. 068 (JPO)<br><br>**ORDER** |

J. PAUL OETKEN, United States District Judge:

Upon the application of the Defendant, JEREMY JOSEPH, it is hereby:

**ORDERED** that the Bureau of Prisons, Metropolitan Detention Center (the "MDC"), accept the following clothing, and any additional substitute clothing items, for Jeremy Joseph, Register Number 10547-506, in advance of his trial scheduled to begin on Monday, November 27, 2023, and to continue for approximately one week.

1. Two pairs of pants
2. Two dress/button-down shirts
3. Two undershirts
4. Two suit/sport jackets
5. Two ties
6. One pair of dress shoes
7. Two pairs of socks
8. One belt

**ORDERED** that the MDC permit Mr. Joseph to wear such clothing and that the U.S.

Marshal Service accept and transport Mr. Joseph to Court wearing such clothing on **November 27, 2023**, and any date thereafter until his trial is concluded.

**SO ORDERED.**

Date:   November 21, 2023
        New York, NY

_____
J. PAUL OETKEN
United States District Judge