UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JEREMY JOSEPH,
                       Defendant.

23 Cr. 68 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Defendant Jeremy Joseph, who is proceeding *pro se*, pleaded guilty to the two counts of the indictment on November 29, 2023. Sentencing is scheduled for April 23, 2024, at 11:00 a.m., with Defendant's written submission due April 15 and the Government's due April 19, 2024. The Court understands that the probation officer mailed a copy of the presentence report initial disclosure draft to Defendant on March 21, 2024, with any objections or corrections to be submitted to the probation officer within 14 days.

    During the last conference with the Court on February 8, 2024, Defendant requested a conference in advance of the April 23 sentencing hearing, and that conference was scheduled for March 22, 2024. (See 2/8/24 Transcript at 7-8.) The Court understands from the Marshals Service that Defendant declined to leave his cell to attend that conference. The Court will reschedule the conference in advance of the sentencing hearing to ensure that Defendant has an opportunity to present any comments regarding the presentence report to the probation officer and to have any questions addressed by the Court.

    Accordingly, a conference with the parties will be held on April 9, 2024, at 2:30 p.m. in Courtroom 706 at the United States Courthouse, 40 Foley Square, New York, New York.

    SO ORDERED.

Dated: March 26, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge