UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JEREMY JOSEPH,
                  Defendant.

23 Cr. 68 (JPO)

ORDER

Defendant Jeremy Joseph is scheduled for sentencing on April 23, 2024. During a conference held on April 9, 2024, Mr. Joseph stated that he had not received his case file from former standby counsel and that the drive he had received was "broken." Former standby counsel is directed to provide Mr. Joseph with copies of transcripts of the pretrial conferences and trial, as well as pertinent documents from the case file including documents provided by Mr. Joseph to counsel previously.

    SO ORDERED.

Dated: April 9, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge