US
v
Jeremy
Joseph

23 Cr 068

Affidavit for Designation to Fort Dix

Defendant Jeremy Joseph requests for designation Fort Dix, due to jail programming and proximity to close friends.

Submitted
Jeremy Joseph