US
v
Jeremy
Joseph

23Cr068

Motion for Sanctions Against Federal Defenders

For: Judge Aiken

Defendant, Jeremy Joseph, comes before the court in the above styled cause and moves the court to issue sanctions against Federal Defender after not complying with a previous court order to provide Defendant his entire case file. Defendant has received a defective external hard drive and an incomplete mix of materials from court proceedings. Defendant requires case file for current and legal proceedings, including in this case. Defendant asks that sanctions be applied until defendants case file has been provided. a daily fine of $300/day and any other actions to ensure delivery of case file. Case file includes: a) all original documents provided to federal Defenders from defendant, b) hard copies of all correspondences, filings, and notes c) hard copy/book of Killers of the Flower Moon, d) external hard drive containing all materials, e) communications and work product of everyone who worked on the case and f) any and all materials relevant to case in Federal Defenders position. Defendant wants all original documents returned. Submitted. Jeremy Joseph

Date:

X_____
United States District Judge

US v Jeremy Joseph

23 Cv 068

Exhibit: Case File
Motion for Sanctions Against Federal Defenders

The following items are part of defendants case file and never provided.

Files:

[1] Legal materials and all communications from:
- Martina Cartwright, April Walker, Letitia Quinones and Paige Lewis (FBI informants, TSU former professors, & Quinones & Associates)
- Fred Dahn, Summit Defense (Colin Moore & Robin Nahizedah), David Preston.
- Marilyn McGuire, Will Archer, Houston National Lawyer Services, Houston Volunteer Lawyer Program, Lisa Pyle, Mark Naaman
- Matthew Patrick Horak, San Francisco Public Defender
- Outten & Golden (San Francisco)
- San Francisco Court & Houston (Harris County District Court — includes video/zoom proceedings)
- Harris County Probate Court (all video/zoom proceedings in Cause no 491773)
- US DOJ (including civil rights complaints)
- Harris County District Attorney (Kimbra Hogg)
- San Francisco District Attorney (Chesa Boudin)
- James Horwitz of Houston, Texas

[2] Subpoenaed Materials; (including communications & business records)
- Tylertech Cloud (Cause no. 491773) — all materials relevant
- James Horwitz — all communications with Bryan Miller & Jeremy Joseph
- Stella Joseph Medical Records (Kelsey Seybold)
- Wells Fargo, Chico, Navy Federal (all audio recordings & customer support notes)
- CONN3 Efone (Houston) — Stella Joseph Fraud case

(margin notes: Chase Bank (Fraud Hagid), Stella KSyA check)