UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

        -v-

JEREMY JOSEPH,
                Defendant.

23 Cr. 68 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On April 23, 2024, Defendant Jeremy Joseph filed a motion for sanctions (ECF No. 83) against the Federal Defenders of New York, former standby counsel for the *pro se* Defendant. Mr. Joseph asserts that the Federal Defenders failed to comply with the Court's orders dated February 8, 2024, and April 9, 2024, to provide Mr. Joseph's case file to him directly at MDC. The Federal Defenders filed an opposition to Mr. Joseph's motion on May 6, 2024, stating that it did comply with the Court's orders. (ECF No. 86.) The Federal Defenders submits exhibits showing its timely compliance with the Court's orders. Based on the Federal Defenders' submissions, the Court finds that Federal Defenders complied with the Court's orders and that no sanctions are warranted.

Accordingly, Mr. Joseph's motion for sanctions is denied.

The Clerk of Court is directed to terminate the motion at ECF No. 86.

SO ORDERED.

Dated: July 17, 2024
      New York, New York

                                            J. PAUL OETKEN
                                            United States District Judge